IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DONALD MATHIS                                                                   PLAINTIFF

V.                                    CASE NO. 08-CV-1023

UNION COUNTY JAIL                                                               DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed June 17, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 7). Judge Bryant recommends that this case be dismissed on the grounds that Plaintiff has failed to obey the orders of this Court. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. The matter is hereby **DISMISSED**.

**IT IS SO ORDERED**, this 9th day of July, 2008.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge